SAMUEL ADLER, Appellant, v. ARTHUR W. ANDERSON, Doing Business under the

* See *ante*, p. 648.— [REP.

Firm Name and Style of THE ANDERSON COMPANY, Respondent.— Order denying plaintiff's motion to strike out denials in answer and to grant summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ., concur.